March 6, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

ROBERT C. PASCHAL, JR., Appellant

NO. 14-14-00055-CV                         V.

MELISSA L. PASCHAL, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on December 16, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Robert C. Paschal, Jr.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.